# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153661(46)

DONALD J. RHODA Guardian/Conservator of
TREVOR RHODA, and TAMMIE WALKER,
      Plaintiffs-Appellees,

v

                          SC: 153661
                          COA: 321363

PETER E. O'DOVERO, INC. d/b/a             Marquette CC: 13-051044-NI
MARQUETTE MOUNTAIN,
      Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's January 13, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017



d0327

                                    Clerk